IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICSON MORALES and DOLORES MORALES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>Defendants. | No. C 09-5567 CRB<br><br>**ORDER GRANTING DISMISSAL OF FEDERAL CLAIMS AND DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

This action was brought in federal court claiming various breaches of defendants' legal obligations. Defendants Golden Empire Mortgage dba GEM Capital Funding, Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc. have moved to dismiss all claims against them. Resolution of these motions will not be aided by oral argument, and the hearing currently scheduled for March 12, 2010, is hereby VACATED.

Plaintiff does not oppose dismissal of the two federal claims at issue in this case: violation of the Truth in Lending Act, 15 U.S.C. § 1601, and violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605. Therefore, those claims are dismissed.

However, jurisdiction was originally premised on those federal claims. Moreover, it appears that the parties are not completely diverse, and therefore there is no jurisdiction under 28 U.S.C. § 1332. While this Court could elect to maintain supplemental jurisdiction

over the remaining claims under 28 U.S.C. § 1367, it chooses not to. See 28 U.S.C. § 1367(c)(3) (providing that a district court may decline to exercise supplemental jurisdiction where it "has dismissed all claims over which it has original jurisdiction").

Because this case must be dismissed for lack of subject matter jurisdiction, there is no need to reach the remainder of defendants' motions to dismiss. This case is therefore DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: March 2, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE